IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AXIS SPECIALTY INSURANCE CORPORATION, | ) ) ) | No. 07 C 5906 |
| Plaintiff, | ) ) | HON. JUDGE DAVID H. COAR |
| vs. | ) ) ) | HON. MAGISTRATE JUDGE MICHAEL T. MASON |
| SIMBORG DEVELOPMENT, INC. | ) ) ) | |
| Defendant. | ) ) | |
| SIMBORG DEVELOPMENT, INC. | ) ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| AXIS SPECIALTY INSURANCE CORPORATION, | ) ) ) | |
| Counter-Defendant. | ) ) | |

## AXIS SPECIALTY INSURANCE COMPANY'S
## MOTION FOR ENTRY OF JUDGMENT

AXIS Specialty Insurance Company ("AXIS") is advised by the Clerk of Court for the United States District Court, Northern District of Illinois, that this Court's Minute Entry of March 20, 2009 (ECF No. 182), granting AXIS' Motion for Partial Summary Judgment, denying defendant/counterclaimant Simborg's Motion for Partial Summary Judgment, dismissing Simborg's remaining counterclaims, and stating that the matter is terminated, is not a judgment and is not an Order upon which the Clerk's office can, on its own initiative, enter a Judgment. Accordingly, AXIS hereby seeks and requests that this Court enter a further Order instructing that a Judgment be entered in AXIS' favor, based upon and for the reasons set forth in this Court's Memorandum Opinion and Order dated March 20, 2009 (ECF No. 183).

Date: April 8, 2009

**ZELLE HOFMANN VOELBEL & MASON LLP**

s/ Lindsey A. Davis
Mark J. Feinberg (Trial Bar Number 28654)
Thomas B. Caswell
Lindsey A. Davis
Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020
Fax: 612-336-9100

- and-

Joseph P. Pozen
David M. Alt
BATES & CAREY LLP
191 North Wacker Drive
Chicago, IL 60606
Phone: 312-762-3165
Fax: 312-762-3200

**COUNSEL FOR AXIS SPECIALTY INSURANCE COMPANY**